KANEMATSU–GOSHO (U.S.A.), INC., *Respondent,* v. THOMAS
G. HOLCOMB, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 813229, Norman B. Ackley, J., entered July 14,
1977. *Affirmed* by unpublished opinion per Farris, J., con-
curred in by Williams and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
R. KUKKONEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82907, H. Joseph Coleman, J., entered January
16, 1978. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
LEE COX, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83134, Warren Chan, J., entered February 27,
1978. *Affirmed* by unpublished opinion per Swanson,
A.C.J., concurred in by Williams and Andersen, JJ.